

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

ALBERTO PENA,       §      No. 08-16-00236-CR

      Appellant,     §       Appeal from the

v.             §      120th District Court

THE STATE OF TEXAS,     §     of El Paso County, Texas

      State.      §      (TC# 20120D04958)

§

**O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **March 29, 2017**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Ruben P. Morales, Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before March 29, 2017.

IT IS SO ORDERED this 14th day of February, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez, and Palafox, JJ.